# Supreme Court of Florida

_____

No. SC14-184
_____

**JOHN R. RICHARDS,**
Petitioner,

vs.

**STATE OF FLORIDA,**
Respondent.

[March 1, 2018]

PER CURIAM.

We initially accepted jurisdiction to review the decision of the Second

District Court of Appeal in *Richards v. State*, 128 So. 3d 959 (Fla. 2d DCA 2013),

on grounds of express and direct conflict with this Court's decision in *Williams v.*

*State*, 123 So. 3d 23 (Fla. 2013). *See* art. V, § 3(b)(3), Fla. Const. Having

considered the Second District's opinion and the briefs of the parties, upon further

review, we have determined that we should exercise our discretion and discharge

jurisdiction. Accordingly, we hereby dismiss review.

It is so ordered.

LABARGA, C.J., and PARIENTE, LEWIS, QUINCE, POLSTON, and LAWSON, JJ., concur.
CANADY, J., concurs in result.

Application for Review of the Decision of the District Court of Appeal – Direct Conflict of Decisions

      Second District - Case No. 2D11-1484

      (Pinellas County)

Howard L. "Rex" Dimmig, II, Public Defender, and William L. Sharwell, Assistant Public Defender, Tenth Judicial Circuit, Bartow, Florida,

      for Petitioner

Pamela Jo Bondi, Attorney General, Tallahassee, Florida, John Klawikofsky, Chief Assistant Attorney General, and Cerese Crawford Taylor, Senior Assistant Attorney General, Tampa, Florida,

      for Respondent